Petition for Writ of Mandamus Denied and Memorandum Opinion filed
December 21, 2004









 

Petition for Writ of Mandamus Denied and Memorandum
Opinion filed December 21, 2004.

 

 

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-01181-CV

____________

 

IN RE JOSEPH DINGLER, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On December 7, 2004, relator filed a petition
for writ of mandamus in this court.  See
Tex. Gov’t. Code Ann. §
22.221 (Vernon 2004); see also Tex.
R. App. P. 52.  Relator seeks
mandamus relief against the Walker County District Clerk and the Texas
Department of Criminal Justice, Institutional Division.  

When a relator seeks a writ of mandamus against a party other
than a judge, we may grant such relief only when “necessary to enforce our
jurisdiction.”  Tex. Gov’t Code Ann. § 22.221(a) (Vernon 2004).  The relief sought by relator is not necessary
to enforce our jurisdiction.  
Accordingly, we deny relator’s petition for writ of mandamus. 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed December 21, 2004.

Panel consists of
Justices Anderson, Hudson, and Frost.